UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
KRYSTAL BENNETT and PATRICIA HOWARD,

                      Plaintiffs,        08-CV-0914 (GEL) (HBP)

-against-                          **AFFIDAVIT OF SERVICE**

                                            ECF Case

THE CITY OF NEW YORK, a municipal entity, et al.,

                      Defendants.
---------------------------------------------------------------x

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

     **JASON MOHABIR**, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age, and is employed by BELDOCK LEVINE & HOFFMAN LLP, 99 Park Avenue, 16th Floor, New York, New York 10016.

     That on February 6, 2008 at 11:16 am, deponent served a true copy of **Summons and Complaint**, as well as:
1.     **Individual Practices of USDJ Gerard E. Lynch;**
2.     **USDC/SDNY Instructions for Filing an Electronic Case or Appeal;**
3.     **USDC/SDNY Procedures for Electronic Case Filing;**
4.     **USDC/SDNY Guidelines for Electronic Case Filing;**

on defendants' **The City of New York**, by hand-delivering true copies thereof to Tamekia Mendes-Gammon, who is a person of suitable age and discretion at the Office of Corporation Counsel, 100 Church Street, New York, New York 10007. On 2/6/08 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **The City of New York, New York Law Department** at the address noted above.

                                                           */s/ Jason Mohabir*
                                                           JASON MOHABIR

Sworn to before me, this
8th day of February, 2008

JULIE ANN RUSSELL
Notary Public, State of New York
No. 01RU6177371
Qualified in Kings County
Commission Expires Nov. 13, 2011

NOTARY PUBLIC