# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 08 CV 0914 (GEL)

Plaintiff:
**KRYSTAL BENNETT**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **LIEUTENANT JEFFREY GANTT, 28th Precinct, 2271 Frederick Douglas Boulevard, New York, NY 10027.**

I, **JAKUB BRODOWSKI**, being duly sworn, depose and say that on the **29th** day of May, I attempted to serve Lieutenant Gantt at the 32nd Precinct and was informed that he no longer works at this precinct. I was given his new address by Julie Russell, a legal assistant at Beldock Levine & Hoffman, who called the New York City Police Verification Unit.

I served a true copy of a **FIRST AMENDED SUMMONS and FIRST AMENDED COMPLAINT**, to P.O. Garcia, who is a person of suitable age and discretion at the actual place of business, described within.

On the **30th** day of May, 2008, I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Officer Jeffrey Gantt** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: M, Race/Skin Color: Hispanic American, Height: 5"5, Weight: 185, Hair: Black, Eyes: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

_____
JAKUB BRODOWSKI

Sworn to before me this
2nd day of June, 2008

_____
NOTARY PUBLIC

JULIE ANN RUSSELL
Notary Public, State of New York
No. 01RU6177371
Qualified in Kings County
Commission Expires Nov. 13, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

KRYSTAL BENNETT and PATRICIA HOWARD

**FIRST AMENDED**
SUMMONS IN A CIVIL ACTION

V.

THE CITY OF NEW YORK et al.

CASE NUMBER:  08 CV 0914 (GEL)

TO: (Name and address of Defendant)

The City of New York NYPD and Officer Jane Doe
100 Church Street New York, NY 10007
Officers David Pabon and Oscar Heritier, Housing Bureau, Police Service
Area 5, 221 East 123rd Street, New York, NY 10035
Lieutenant Jeffry Grantt 32nd Precinct, 250 W. 135th Street
New York, NY 10030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Herbst, Esq.
Rachel Kleinman, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, NY 10016

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              MAY 28 2008

CLERK                                                           DATE

(By) DEPUTY CLERK